**DYKEMA GOSSETT LLP**
Derek S. Whitefield (165731)
*dwhitefield@dykema.com*
Robin H. Jung (271894)
*rjung@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant,
GENERAL MOTORS LLC

**LAW OFFICES OF SASHA TYMKOWICZ, A.P.C.**
Sasha Tymkowicz, (233903)
*sasha@oclegal.org*
1800 N. Broadway, Suite 200
Santa Ana, CA 92706
Telephone: 714-835-8866
Facsimile: 714-835-8891

Attorneys for Plaintiff,
HEAEN ERVIN

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HEAVEN ERVIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL MOTORS LLC; AND DOES 1 to 50,<br><br>　　　　Defendants. | Case No. 8:18-cv-01525 JVS (KESx)<br><br>Assigned to Hon. James V. Selna<br>Courtroom 10C<br>Magistrate Karen E. Scott<br>Courtroom 6D<br><br>**ORDER RE STIPULATION FOR DISMISSAL *WITH PREJUDICE*<br>[FED. R. CIV. P. RULE 41(a)]**<br><br>Complaint Filed: April 18, 2018<br><br>Trial Date: November 5, 2019 |

1
ORDER RE: DISMISSAL *WITH PREJUDICE* [FED. R. CIV. PROC. § 41(A)]

# **ORDER**

Pursuant to the Stipulation of the parties, and good cause showing, it is ordered by and between the parties to this action through their designated counsel that the above-captioned action including the Complaint, against all defendants be and hereby are dismissed ***with prejudice*** pursuant to federal Rules of Civil Procedure Rule 41(a).

**IT IS SO ORDERED**

Dated: May 06, 2019

By: _____
Honorable James V. Selna